# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROGER PIERCE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-0344-28 EMC<br>BOP Case Number: DCAN301CR0344-028<br>USM Number:    Unknown<br>Defendant's Attorney :Markus Dombois |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) 1, 2, and 3 of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18 USC Sec. 3565 | Probation Violation | 2/8/08 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]    Government's motion to dismiss violation condition(s) ___ is granted.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    unknown | August 31, 2011<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:    unknown | |
| Defendant's USM No.:    unknown | *[signature]*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>unknown | |
| Defendant's Mailing Address:<br>unknown | Honorable Edward M. Chen, U. S. District Judge<br>Name & Title of Judicial Officer<br><br>September 2, 2011<br>Date |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months with credit for time already served (approximately 24 days). No supervision to follow.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [] am [] pm on ___.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[x] before 2:00 pm on 9/14/11 (Dublin Facility)
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal